# IN THE UNITED STATES COURT OF THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Norma Diane Fritz<br>5124 College Street<br>Finleyville Pa. 15332<br><br>PLAINTIFF<br><br>V.<br><br>Capital Management Services, LP<br><br>DEFENDANT | )<br>)<br>)<br>)<br>)<br>)  Case No. **12-1725**<br>)<br>)<br>)<br>)  Fair Credit Reporting Act (FCRA)<br>)  Title 15 U.S.C. § 1681 *et seq.*<br>)<br>)<br>)<br>)  JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff, Norma Diane Fritz, hereby sues Defendant Capital Management Services, LP of 726 Exchange Street, Suite 700 Buffalo, New York 14210 and alleges:

### PRELIMINARY STATEMENT

1. This is an action for damages brought from violations of the Fair Credit Reporting Act (FCRA) Title 15 U.S.C. §1681 *et seq.*

### JURISDICTION

2. The jurisdiction of this Court is conferred by Title 15 U.S.C. §1681 p.

3. Plaintiff Norma Diane Fritz is a natural person and is a resident of the state

of Pennsylvania.

4. The controversy occurred in Washington County, Pennsylvania where plaintiff resides.

5. This court has jurisdiction.

## FACTUAL ALLEGATION

6. On November 6, 2010, Capital Management Services, LP, initiated a credit pull of Plaintiff's credit report from Equifax without permissible purpose, thereby reducing her credit score.

7. Plaintiff sent a notice to Capital Management Services, LP of their violations of Title 15 of the FCRA. This was in an effort to mitigate damages and reach a settlement for their violations in obtaining Plaintiff's credit report before taking civil action against them. Plaintiff received no reply to said notice sent to Defendant.

## COUNT ONE

### WILLFUL NON-COMPLIANCE BY DEFENDANT CAPITAL MANAGEMENT SERVICES, LP

8. Paragraphs 1 through 7 are re-alleged as though fully set forth herein.

9. Plaintiff is a consumer within the meaning of the FCRA, Title 15 U.S.C. §1681a(c).

10. Capital Management Services, LP is a furnisher of information within the meaning of the FCRA, Title 15 U.S.C. § 1681s-2.

11. Capital Management Services, LP willfully violated Title 15 of the FCRA. Defendant's violations include, but are not limited to, the following:

(A) Capital Management Services, LP willfully violated Title 15 U.S.C. §1681b (f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by Title 15 U.S.C. §1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 against Capital Management Services, LP for statutory damages, and attorney's fees and costs, pursuant to Title 15 U.S.C. §1681n.

## COUNT 11

### VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C. § 1681 NEGLIGENT NON-COMPLIENCE BY DEFENDANT CAPITAL MANAGEMENT SERVICES, LP

12.     Paragraphs 1 through 7 are re-alleged as though fully set forth herein.

13.     Plaintiff is a consumer within the meaning of the FCRA, Title 15 U.S.C. § 1681a(c).

14.     Capital Management Services, LP is a furnisher of information within the meaning of the FCRA, Title 15 §1681s-2.

15.     Capital Management Services, LP negligently violated the F.C.R.A. Defendant's violations include, but are not limited to, the following:

(A) Capital Management Services, LP negligently violated Title 15 U.S.C. § 1681b (f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by Title 15 U.S.C. § 1681b.

WHEREFORE, Plaintiff demands judgment for damages in the amount of $1,000 against Capital Management Services, LP for actual damages, and attorney's fees and

costs, pursuant to Title 15 U.S.C. 1681o. Plaintiff reserves the right to amend this complaint.

**WHEREFORE,** Plaintiff demands judgment against Capital Management Services, LP and $2,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Title 15 U.S.C. §1681n (a)(3) and Title 15 U.S.C. §1681o (a).

## DEMAND FOR JURY TRIAL.

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

I _[signature]_ Certify that to the best of my knowledge, information and belief, that the foregoing is true and correct.

Respectfully submitted this 26 th day of Nov, 2012

_[signature]_

Norma Diane Fritz
5124 College St.
Finleyville Pa. 15332
E-mail- tweeetyd@yahoo.com
724-348-7452