

Search Mail | Search Web | Hi, Norma

SENT   CONTACTS   CALENDAR   Discovery due                                                    AdChoices

Compose            Delete                              Move          Actions

Inbox (17)         **Discovery due**        from Norma Fritz to 1 recipient          Fri, 11:10 AM
Drafts (38)
Sent               2 Attachments    35.8KB   Save all to
Spam (527)         DOC  20KB    DOC  15KB
Trash (9)          Perr 2nd    perr.magis
                   request     trate
                   discovery   judge.docx
FOLDERS            Save        Save
misc. everything (37)

WLIYD emails (18)  Good Morning Mr. Perr, It is Friday March 29, 2013 11:00 am. My discovery was sent to you
                   Feb. 22, 2013 via E-mail, your 30 days has expired. Please submit it now as it is late. Attached
APPLICATIONS       is my 2nd additional request for Discovery. Also attached is the letter to the Judge about the
                   Magistrate Judge. Please tell CMS that I will mitigate with them about the violation of the
                   impermsisible credit pull or I will see you in court. Thank You, Norma Fritz

Attachments made easy. Yahoo! Mail with Dropbox. Get started

EXHIBIT A 1



discovery

From: Norma Fritz
To: rperr@frchmanlawfirm.com
Cc: tweeetyd@yahoo.com

Good morning Mr. Perr, It is Thurs. Aril 4, 2013 11:00 am. I have not yet received your response to the Discovery that I e-mailed you on Feb. 22, 2013 and sent certified mail. This is seriously late, I am conferring as the court orders that we do, this is my second attempt. I will call you on the telephone today, which would be my third attempt in getting your response to my discovery. I if do not have your response to Discovery by today @ 4:00 pm you leave me no other choice then to file a Motion to Compel with the court.

A-2



Good morning Farrell, It is Thurs April 4, 2013 11:25 am. Mr. Perr said to contact you if I needed assistant, so here is what I was E-mailing Mr. Perr, I will call you later on the telephone. Norma Fritz

Good morning Mr. Perr, It is Thurs. Aril 4, 2013 11:00 am. I have not yet received your response to the Discovery that I e-mailed you on Feb. 22, 2013 and sent certified mail. This is seriously late, I am conferring as the court orders that we do, this is my second attempt. I will call you on the telephone today, which would be my third attempt in getting your response to my discovery. I if do not have your response to Discovery by today @ 4:00 pm you leave me no other choice then to file a Motion to Compel with the court. Norma Fritz

A 3



Out of Office: discovery

From: Richard Perr
To: Naomi Gum

I will be out of the office until Monday, April 8, 2013. I will have access to email during this time. If this is an emergency or you need immediate assistance, please contact my assistant, Farrel, at 215-893-8758 or fmacklin@finemanlawfirm.com

A-4



### Re: Out of Office: discovery

Mr. Perr It is Friday, April 5, 2013, 1:00 pm. I am once again conferring as the court ordered. The attachment that you sent me -Equifax agreement for service- Is not what I am asking for. I am asking for the "certification" which is verified evidence with the persons name who pulled the credit report the reason for it and the "authorization" and then following up to why the credit report of Norma Fritz was deleted and recinded.in June 2012. Otherwise if all was lawful then the CMS credit pull would stay on the report for 2 years. And I will require the original authorization "certification". 15 USC § 1681(e) (a) that is refered to in the Pyle V. First National Collection case from Capital Management Services LP and Equifax dated November 6, 2010, with my name Norma Fritz on it certifying that CMS had a permissible purpose to pull my credit report and for what reason CMS gave to Equifax. If all is true; then, to get original documents should be an easy task. NormaFritz

**From:** Richard Perr <rperr@finemanlawfirm.com>
**To:** Norma Fritz <tweeetyd@yahoo.com>
**Sent:** Thursday, April 4, 2013 10:16 AM
**Subject:** Out of Office: discovery

I will be out of the office until Monday, April 8, 2013. I will have access to email during this time. If this is an emergency, or you need immediate assistance, please contact my assistant, Farrell, at 215-893-8758 or fmacklin@finemanlawfirm.com.

A-5



Dear Ms. Fritz:

Attached are the following documents: (1) Defendant's Responses to Discovery; and (2) a copy of the Equifax Services LLC Agreement for Service. The certification signed by Defendant is forthcoming. Thanks.

Jennifer

**Jennifer Tatum Root**
Attorney

**FINEMAN Krekstein & Harris**

BNY Mellon Center
1735 Market Street, Suite 600
Philadelphia, PA 19103
T 215.893.8733  F 215.893.8719

- Biography
- Email Address
- Website

The information contained in this email, including any attachments, may contain privileged, confidential and/or proprietary information. This information is intended solely and exclusively for the use of the addressee, and others that have been authorized to receive it. If you are not an intended or authorized recipient, any use of, reliance upon, dissemination of, distribution of or copying of this communication, and/or any attachments hereto, is strictly prohibited. If you have received this communication in error, please notify the sender immediately, and immediately delete this communication including any attachments and destroy all copies. Thank you.

In compliance with U.S. Treasury regulations, we are informing you that unless we have expressly stated otherwise in this email, nothing in this email, including any attachments, is intended or written in any way to be used, nor may it be used, by any person or entity: (1) to avoid any penalties under federal tax laws of any kind; or (2) in promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

A-6

(15 unread) - tweeetyd - Yahoo! Mail     http://us-mg5.mail.yahoo.com/neo/launch?.rand=au71b938dia8o

Hi, Norma

| INBOX | CONTACTS | CALENDAR | Cruise from just $199... | RE: 1st.conferring di... |

Compose    Delete    Move    Spam    Actions

Inbox (15)
Drafts (43)
Sent
Spam (552)
Trash (29)

FOLDERS ———— +
misc. everything (37)
WLIYD emails (18)

MESSENGER ————
All contacts are currently offline.

Show Top Contacts

APPLICATIONS ————



**1st.conferring discovery requests**    from Richard Perr to you Mon, 4:03 PM

Ms. Fritz:

You may file your motion. You have received everything that CMS has.

**Richard J. Perr**
Attorney



**FINEMAN Krekstein & Harris**

BNY Mellon Center
1735 Market Street, Suite 600
Philadelphia, PA 19103
T 215.893.8724 F 215.893.8719

- Biography
- Email Address
- Website

The information contained in this email, including any attachments, may contain privileged, confidential and/or proprietary information. This information is intended solely and exclusively for the use of the addressee, and others that have been authorized to receive it. If you are not an intended or authorized recipient, any use of, reliance upon, dissemination of, distribution of or copying of this communication, and/or any attachments hereto, is strictly prohibited. If you have received this communication in error, please notify the sender immediately, and immediately delete this communication including any attachments and destroy all copies. Thank you.

In compliance with U.S. Treasury regulations, we are informing you that unless we have expressly stated otherwise in this email, nothing in this email, including any attachments, is intended or written in any way to be used, nor may it be used, by any person or entity: (1) to avoid any penalties under federal tax laws of any kind; or (2) in promoting, marketing or recommending to another party any transaction(s) or tax-related matter(s) that may be addressed herein.

**From:** Norma Fritz [mailto:tweeetyd@yahoo.com]
**Sent:** Monday, April 08, 2013 3:56 PM
**To:** Richard Perr
**Cc:** tweeetyd@yahoo.com
**Subject:** 1st.conferring discovery requests

                FRITZv CAPITAL MANAGEMENT SERVICES   ---CIVIL ACTION NO. 12-1725

         Mr. Perr, It is Monday April 8, 2013. You and CMS have failed to produce any verified evidence in any form that CMS was retained by any original creditor to collect from Plaintiff Norma Fritz, You have failed to cooperate in Discovery, Your Discovery was 12 days late, and you have not produced the documents I requested.. I am conferring (first time)as ordered by court before filing my Motion to Compel. **Production of Documents, NO.**'S 1,2,6,7,8, you state see documents from the ENE session. These documents(electronic phone call recording and statement of accounts ) these documents do not prove you have permissible purpose. In fact under Federal rules of EVIDENCE these documents are inadmissible. No.3 You say CMS did not purchase, did CMS acquire in pool of debt, provide documents. No.5 and 9You state see attached. The attached service agreement is not the contract I am requesting..**Request for Admissions** Question 3-you deny needing a competent fact witness with first hand knowledge

         **Documents needed from CMS: Production of Documents** -Question1. The Plaintiff requires the "Original contract with signature of Plaintiff and alleged original creditor"( Citibank, Chase, Northland) and original statements to prove plaintiff "initiated" this alleged debt for CMS to have a permissible purpose .**Question 4.** Original contract with plaintiffs name and date that CMS contracts with original alleged creditor(Citi Bank, Chase, Northland ) to prove Assignment ./principal /agency relationship.**Question-5.** The plaintiff requires "certification"The contract with the Plaintiffs name and date that CMS contracts with Equifax to have a legal right to have a permissible purpose. Must include: 1-Persons name who pulled the credit report.2-verify and certifing they have a legal right (permissible purpose)3 -reason why CMS pulled credit report 4 -certify this is a authenticated and validated debt. **Request for admissions questio-no.3**-Plaintiff requires the name and address of a competent fact witness with firsthand personal knowledge from CMS that has personally worked with the alleged account between the plaintiff and the defendant who can testify under oath that plaintiff agreed to any of the terms and conditions of the alleged agreement or contract that plaintiff initiated" that would authorize CMS to inquire into plaintiffs credit report     Please kindly forward these documents in original, authenticated form to the Plaintiff

Respectfully, Norma Fritz

A-7